1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION
11
12
13
14
15   JAMIE L. LANE,                    ) ED CV 12-02113-SH
                                        )
16                    Plaintiff,        ) JUDGMENT
          v.                            )
17                                      )
     CAROLYN W. COLVIN,                 )
18   Commissioner of Social Security    )
     Administration,                    )
19                                      )
                      Defendant.        )
20   _____ )
21
          IT IS HEREBY ADJUDGED that the above captioned matter is reversed and
22
     remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).
23
     DATED: July 9, 2013
24
25                            _____
26                            STEPHEN J. HILLMAN
                              UNITED STATES MAGISTRATE JUDGE
27
28